970

No. 03–9629. RIVERS v. UNITED STATES. C. A. 11th Cir. Reported below: 91 Fed. Appx. 655;

No. 03–10354. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir.; and

No. 04–7335. GRIFFIN v. UNITED STATES. C. A. 11th Cir. Reported below: 99 Fed. Appx. 878. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Johnson* v. *United States, ante,* p. 295.

No. 04–1164. SALADINO v. UNITED STATES. C. A. 7th Cir. Reported below: 119 Fed. Appx. 10; and

No. 04–1188. WREN v. UNITED STATES. C. A. 11th Cir. Reported below: 126 Fed. Appx. 462. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).